IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02538-PAB-MEH

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF COLORADO,

Defendant.

---

**JOINT MOTION FOR ENTRY OF STIPULATED QUALIFIED PROTECTIVE ORDER FOR PROTECTED HEALTH INFORMATION AND OTHER CONFIDENTIAL INFORMATION**

---

Plaintiff and Defendant, by and through their respective undersigned counsel, hereby move this Court pursuant to Fed. R. Civ. P. 26(c) for entry of a Qualified Protective Order, attached hereto.

**D.C.COLO.LCivR 7.1(a) Certification:** The parties have stipulated to the relief requested herein.

1. The parties file this Stipulated Qualified Protective Order to preserve the confidentiality of protected health information and other confidential information that may be requested and produced in this action. The parties agree that a protective order concerning such information is necessary to protect the confidentiality and integrity of the information that will be exchanged in this action.

2. Plaintiff's claims and Defendant's defenses involve disclosure and use of private and sensitive information, including medical records subject to the Health Insurance Portability and Accountability Act, federal and state regulations, and state statute.

3. As such, the parties have agreed to the entry of a Qualified Protective Order pursuant to 45 C.F.R. § 164.512(e) with regard to any disclosure in this case by any party or entity, which is a covered entity under the Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320d– 1320d-8, 45 C.F.R. Parts 160, 162 and 164.

4. "Rule 26(c) confers broad discretion on the trial court to decide when a protective order is appropriate and what degree of protection is required." *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382, 387 (D. Colo. 2000). "The trial court is in the best position to weigh fairly the competing needs and interests of parties affected by discovery. The unique character of the discovery process requires that the trial court have substantial latitude to fashion protective orders." *Id.*

WHEREFORE, the parties respectfully request this Court enter the proposed Qualified Protective Order, which is attached hereto.

Date: January 25, 2024

Respectfully submitted,

*For Plaintiff United States of America:*

REBECCA B. BOND
Chief

JENNIFER K. MCDANNELL
Deputy Chief

s/ H. Justin Park
JULIA M. GRAFF
H. JUSTIN PARK
JENNIFER ROBINS
Trial Attorneys
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 353-5758
Facsimile: (202) 307-1197
julia.graff@usdoj.gov
justin.park@usdoj.gov
jennifer.robins@usdoj.gov

*For Defendant State of Colorado:*

PHILIP J. WEISER
Attorney General

s/ Ryan K. Lorch
*Jennifer L. Weaver*
First Assistant Attorney General
*Corelle M. Spettigue*
*Justine M. Pierce*
*Ryan K. Lorch*
*Anne M. Mangiardi*
Senior Assistant Attorneys General
1300 Broadway, 6th Floor
Denver, CO 80203
Telephone: (720) 508-6145/6141/6551/6168/6359
Emails: jennifer.weaver@coag.gov
corelle.spettigue@coag.gov
justine.pierce@coag.gov
ryan.lorch@coag.gov
anne.mangiardi@coag.gov