UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 23-cv-02538-PAB-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THE STATE OF COLORADO,

        Defendant.

## JOINT MOTION TO ADMINISTRATIVELY CLOSE THIS CASE, THUS RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

The United States of America and the State of Colorado, having entered into a Settlement Agreement (attached as Exhibit A), jointly request that this Court administratively close this case as set forth in the attached proposed Order, thus retaining jurisdiction to enforce the Settlement Agreement.

    1.    The United States commenced this action on September 29, 2023. *See* Complaint (ECF 1). It asserted a claim under Title II of the Americans with Disabilities Act, alleging that the State provides services to Coloradans with physical disabilities in a manner causing unnecessary segregation of individuals living in nursing facilities and placing others at risk of unnecessary segregation. 42 U.S.C. § 12132; 28 C.F.R. § 35.130(d). The State filed an Answer to the Complaint on December 1, 2023, denying the allegations (ECF 21). The Court ordered the parties to mediation beginning February 20, 2024 (ECF 24).

2. On numerous dates between February 20, 2024 and October 29, 2024, the parties engaged in a Court-supervised mediation before Chief Magistrate Judge Hegarty, which resulted in the Settlement Agreement attached as Exhibit A.

3. The Settlement Agreement specifies relief that will benefit members of a Target Population of Coloradans with physical disabilities, which is defined in Section III. Substantive terms of this relief are set forth in Sections V ("In-Reach Counseling and Public Outreach"), VI ("Community Transitions"), VII ("Diversion, Rapid Reintegration, and Planning for At-Risk Population Members"), VIII ("Community-Based Services"), and IX ("Quality Assurance and Performance Improvement"). The Settlement Agreement also describes, in Section X, the powers and duties of a Monitor to evaluate compliance with the Settlement Agreement's terms; and includes additional miscellaneous provisions in Sections XI ("Implementation"), XII ("Funding"), XIII ("General Provisions"), and XIV ("Construction and Termination"). The Settlement Agreement's base term is four years. *See* Section XIV(C)(1).

4. The Settlement Agreement provides that the parties will move this Court, pursuant to D.C.COLO.LCivR 41.2, to administratively close this case, thus retaining jurisdiction to enforce the Settlement Agreement, including any subsequent modifications, *see* Section XIV(B), and schedule a status conference to be held in two years with permission for the Parties, by agreement, to submit a joint written status report in lieu of attendance, *see* Section XI(F). A proposed Order is attached to this Joint Motion.

5. Pursuant to D.C.COLO.LCivR 7.1(a), the parties certify that they have conferred about, and concur in requesting, the relief described in this Joint Motion.

Thus, the United States of America and the State of Colorado respectfully and jointly request that this Court administratively close this case and retain jurisdiction to enforce the Settlement Agreement as set forth in the attached proposed Order.

<table>
<tr><td>

Respectfully submitted,

REBECCA B. BOND  
Chief

ANNE S. RAISH  
Principal Deputy Chief

JENNIFER K. McDANNELL  
Deputy Chief

s/ *Julia M. Graff*  
JULIA M. GRAFF  
H. JUSTIN PARK  
JENNIFER ROBINS  
Trial Attorneys  
Disability Rights Section  
Civil Rights Division  
U.S. Department of Justice  
950 Pennsylvania Avenue, N.W.  
Washington, D.C. 20530  
Telephone: (202) 353-5758  
Facsimile: (202) 307-1197  
julia.graff@usdoj.gov

*Counsel for Plaintiff United States of America*

</td><td>

Dated: October 31, 2024

PHILIP J. WEISER  
Attorney General

s/ *Ryan K. Lorch*  
JENNIFER L. WEAVER  
First Assistant Attorney General  
RYAN K. LORCH  
JUSTINE M. PIERCE  
CORELLE M. SPETTIGUE  
Senior Assistant Attorneys General  
1300 Broadway, 6th Floor  
Denver, CO 80203  
Telephone: (720) 508-6145/6141/6551/6168  
Emails:  
ryan.lorch@coag.gov  
justine.pierce@coag.gov  
corelle.spettigue@coag.gov  
jennifer.weaver@coag.gov  
*Counsel for Defendant State of Colorado*

</td></tr>
</table>