UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 23-cv-02538-PAB-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THE STATE OF COLORADO,

        Defendant.

**[PROPOSED] ORDER**

On this _____ day of _____, 2024, for good cause shown, it is ORDERED that the Joint Motion to Administratively Close This Case, Thus Retaining Jurisdiction to Enforce Settlement Agreement (ECF No. 62) is GRANTED. It is further ORDERED that:

1. This action is administratively closed pursuant to D.C.COLO.LCivR 41.2. The Court thus retains jurisdiction to enforce the Settlement Agreement (ECF No. 62-1), incorporated by reference, consistent with its terms and for its duration.

2. The Parties will attend a status conference before the Court on October _____, 2026 at _____.m., with permission, by agreement, to request cancellation and submit a joint written status report in lieu of attendance.

BY THE COURT

_____