IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02538-PAB-MEH

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

THE STATE OF COLORADO,

　　　Defendant.

---

## MINUTE ORDER

---

**Entered by Chief Judge Philip A. Brimmer**

　　　This matter is before the Court on parties' Joint Motion to Administratively Close This Case [Docket No. 62]. The parties ask the Court to administratively close the case pursuant to D.C.COLO.LCivR 41.2 because they have entered into a settlement agreement, which is attached to their motion as Exhibit A. The parties ask the Court to retain jurisdiction to enforce the settlement agreement. Docket No. 62 at 1.

　　　On September 29, 2023, plaintiff filed this action. *Id*., ¶ 1. The complaint alleges that the State of Colorado violated Title II of the Americans with Disabilities Act, 42 U.S.C. § 12132; 28 C.F.R. § 35.130(d), by providing services to Coloradans with physical disabilities in a way that resulted in the unnecessary segregation of those living in nursing facilities and placed others at risk of such segregation. *Id*. Between February 20, 2024 and October 29, 2024, the parties engaged in settlement discussions before Chief Magistrate Judge Michael E. Hegarty. *Id*. at 2, ¶ 2. The settlement agreement contemplates that the Court will administratively close this case and retain jurisdiction to enforce the agreement. *Id*. at 2, ¶ 4. The settlement agreement does not serve as an admission of liability by defendant. Docket No. 62-1 at 1, ¶ E. Good cause appearing, it is

　　　**ORDERED** that parties' Joint Motion to Administratively Close This Case [Docket No. 62] is **GRANTED**. It is further

　　　**ORDERED** that this case is administratively closed pursuant to D.C.COLO.LCivR 41.2. It is further

　　　**ORDERED** that this Court will retain jurisdiction to enforce the settlement agreement between the parties. It is further

**ORDERED** that all deadlines are vacated, including the deadline for designation of affirmative experts, designation of rebuttal experts, discovery, dispositive motions, and the final pretrial conference.  Docket No. 22.  It is further

**ORDERED** that the parties shall attend a status conference on **November 6, 2026 at 10:00 a.m.**

DATED November 5, 2024.